# United States District Court
# For The Western District of North Carolina
# Statesville Division

**FILED**
STATESVILLE, N.C.

SEP 29 2005

U.S. DISTRICT COURT
W. DIST. OF NC

PHILLIP SMALL,

      Plaintiff(s),

vs.

DR. PILAND, REGGIE WEISNER;
KEITH WHITENER; MATT CLARK,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:05CV247-3-MU

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2005, Order.

Small v. Piland et al     Doc. 3

September 29, 2005

FRANK G. JOHNS, CLERK

BY: *Carolyn B. Bouchard*

Carolyn Bouchard, Deputy Clerk

Dockets.Justia.com